# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 04-1044

_____

Curtis Allen Severn,                          *
                                              *
        Appellant,                            *
                                              *   Appeal from the United States
   v.                                         *   District Court for the
                                              *   Western District of Arkansas.
Scott M. Parks, Public Defenders              *
Office, Bentonville, AR; Tom J.               *
Keith, Circuit Judge, Benton County,          *   [UNPUBLISHED]
                                              *
        Appellees.                            *

_____

Submitted: July 7, 2004
Filed:  July 26, 2004

_____

Before MELLOY, HANSEN, and COLLOTON, Circuit Judges.

_____

PER CURIAM.

Arkansas prisoner Curtis Allen Severn appeals from the district court's[1] preservice dismissal of his 42 U.S.C. § 1983 complaint.  Upon careful review of the

_____

[1]The Honorable Jimm Larry Hendren, Chief Judge, United States District Court for the Western District of Arkansas, adopting the report and recommendations of the Honorable Beverly Stites Jones, United States Magistrate Judge for the Western District of Arkansas.

record, we conclude the district court properly dismissed the complaint. Accordingly, we affirm. <u>See</u> 8th Cir. R. 47A(a).

_____